UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **James Martin**, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No.: 3:09-cv-621 |
| ) | |
| **Nuvell Credit Company, LLC.,** et al., ) | |
| ) | |
| *Defendants.* ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, Plaintiff and Nuvell Credit Company, LLC by and through their respective counsel, and stipulate, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, that all claims alleged in the Complaint by Plaintiff against this Defendant are due to be dismissed with prejudice, with the Parties bearing their own costs, attorneys' fees and expenses.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Anthony B. Bush certifies that he has the express permission and agreement of counsel for Defendant to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

**RESPECTFULLY SUBMITTED** this the 23rd day of September, 2009.

/s/ **Anthony B. Bush**
Anthony B. Bush, Esquire
*Attorney for Plaintiff*
Lewis, Bush & Faulk, LLC
P.O. Box 5059 (36103)
*The Bailey Building*
400 South Union Street, Suite 230
Montgomery, AL 36104
Phone: (334) 263-7733

        Facsimile:    (334) 832-4390
        anthonybbush@yahoo.com

        /s/Paul J. Spina III

        Paul J. Spina III
        Yearout, Spina & Lavelle
        1500 Urban Center Drive
        Suite 450
        Birmingham, AL 35242
        205-298-1800 (phone)
        205-298-1801 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system, on this the 23rd day of September, 2009, on the following:

    **All Parties of Record.**

        **/s/ Anthony Brian Bush**
        Anthony B. Bush (BUS028)
        Of Counsel